■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHAE HUDSON, Appellant. [784 NYS2d 445]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered September 20, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.